UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVEN MICHAEL RINDAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD MCDERMOTT, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO.  2:22-CV-01843-RSL<br><br>ORDER |

In three orders issued on July 6, 2023, and July 7, 2023, the Court dismissed plaintiff's claims against all of the named defendants for failure to allege facts giving rise to a plausible inference of liability. Dkt. # 51-53. Plaintiff was given leave to file an amended complaint against the Skagit County defendants and James A. Winchester, but was warned that the failure to allege facts giving rise to a plausible claim for relief would result in dismissal. Plaintiff filed an "Amended Civil Complaint Claim for Damages." The Court accepted the factual allegations of the amended complaint as true and construed them in the light most favorable to plaintiff, but nevertheless found that plaintiff had failed to state a "plausible" ground for relief under any of the claims asserted. The case was dismissed and judgment entered on August 14, 2023.

Plaintiff filed a "Motion for Findings of Fact and Conclusions of Law" arguing that the Court had failed to take judicial notice of the documents attached to the amended

ORDER OF DISMISSAL - 1

complaint. The time for seeking reconsideration has passed (LCR 7(h)(2)), and plaintiff's sole remaining avenue for relief is an appeal to the Ninth Circuit. Plaintiff's request for further relief from this Court (Dkt. # 57) is DENIED.

Dated this 7th day of September, 2023.

*MrT S Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2